IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CARL COURTNEY and JOANNE COURTNEY, | * |
| Plaintiffs, | * |
| v. | *   CV 120-141 |
| INDUSTRIAL MAINTENANCE & SERVICES OF BELTON, INC., | * |
| Defendant. | * |

**ORDER**

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 35.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** this matter is **DISMISSED WITH PREJUDICE.** The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of April, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA